Certificate Number: 17572-OHN-DE-031132963

Bankruptcy Case Number: 18-11107


17572-OHN-DE-031132963

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on June 4, 2018, at 6:03 o'clock PM PDT, Donna J Scalf completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Ohio.

Date: June 4, 2018

By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor